IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDREA M. EDRWIN, )
)
      Plaintiff, )
)
v. ) Civil Action No. 3:09CV679–HEH
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
      Defendant. )

## ORDER

THIS MATTER is before the Court on Report and Recommendation ("R&R") of the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Objections to the R&R are OVERRULED. Accordingly, the R&R (Dk. No.15) is ADOPTED; Plaintiff's Motion for Summary Judgment (Dk. No. 9) is DENIED; Plaintiff's Motion to Remand (Dk. No. 10) is DENIED; Defendant's Motion for Summary Judgment (Dk. No. 14) is GRANTED; and the decision of the Commissioner is AFFIRMED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                              /s/
                                   Henry E. Hudson
                                   United States District Judge

Date: March 23, 2011
Richmond, VA